01

02

03

04

05

06                       UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08 UNITED STATES OF AMERICA,    **)**
                              **)**  CASE NO. MJ24-465
09       Plaintiff,          **)**  EDAR CR17-313
                              **)**
10       v.                   **)**
                              **)**  DETENTION ORDER
11 JESUS IGNACIO MEDINA-LEYVA,  **)**
                              **)**
12       Defendant.        **)**
_____ **)**

13

14 Offense charged:     Conspiracy to Possess with Intent to Distribute Controlled Substances;
15
Money Laundering Conspiracy; Forfeiture Allegations
16
Date of Detention Hearing:   August 6, 2024.
17
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
18
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
19
that no condition or combination of conditions which defendant can meet will reasonably assure
20
the appearance of defendant as required and the safety of other persons and the community.
21
            FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
22

DETENTION ORDER
PAGE -1

01        1.        Defendant is charged in the Eastern District of Arkansas with the above-

02    referenced offenses, one of which is a drug offense, the maximum penalty of which is in excess

03    of ten years.    There is therefore a rebuttable presumption against defendant as to both

04    dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05        2.        Defendant was not interviewed by Pretrial Services, so most of his background

06    information is unknown or unverified.    The defendant is a native of Mexico.    Neither the

07    Washington State Department of Licensing nor the Arkansas Department of Licensing have

08    records for the defendant.    It appears that an alien removal proceeding under Section 212 and

09    237 is pending. Defendant does not contest entry of an order of detention, and has waived an

10    identify hearing.    An Order of Transfer has been signed.

11        3.        Taken as a whole, the record does not effectively rebut the presumption that no

12    condition or combination of conditions will reasonably assure the appearance of the defendant

13    as required and the safety of the community.

14    It is therefore ORDERED:

15    1.    Defendant shall be detained pending trial and committed to the custody of the Attorney

16          General for confinement in a correction facility separate, to the extent practicable, from

17          persons awaiting or serving sentences or being held in custody pending appeal;

18    2.    Defendant shall be afforded reasonable opportunity for private consultation with

19          counsel;

20    3.    On order of the United States or on request of an attorney for the Government, the person

21          in charge of the corrections facility in which defendant is confined shall deliver the

22          defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01    with a court proceeding; and

02    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03        for the defendant, to the United States Marshal, and to the United State Pretrial Services

04        Officer.

05        DATED this 6th day of August, 2024.

06

07                                    Mary Alice Theiler
                                      United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3